## PART C: CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY).

*[To be filed only if the attorney represented the debtor during the course of negotiating this agreement.]*

☑ I hereby certify that (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ *[Check box, if applicable and the creditor is not a Credit Union.]* A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

Printed Name of Debtor's Attorney: **Kelli Bennett**
Signature of Debtor's Attorney: /s/ **Kelli Bennett**
Debtor Attorney's Address: **24460 Telegraph Rd**
**Southfield, MI 48033**
Debtor Attorney's Email: **Kelli@freedmanpc.com**
Debtor Attorney's Bar Number (if applicable): **P69697**
Date: **7/29/09**